**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Delta Design & Construction, Inc.                    **Case/AP Number** 18-13503 **-FJB**
                                                                **Chapter** 7

        #37 Amended [35] Motion for Relief From Stay filed by Creditor Chapman Waterproofing
        Company  with certificate of service. (Attachments: # 1 Exhibit Exhibits 1 and 2) (Cellai,
        Carlo)

        Objections due 10-22-2018 by 4:30 P.M.


**COURT ACTION:**

_____Hearing held

_____Granted      _____Approved      _____Moot

_____Denied      _____Denied without prejudice      _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order      _____Released _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objection filed.  Movant is hereby granted relief from the automatic stay under 11 U.S.C. §
362(d) to exercise its rights as to the property.


                              IT IS SO ORDERED:


                              _____Dated: 10/22/2018
                              Frank J. Bailey
                              United States Bankruptcy Judge